IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ALYCIA HYSOM                          §
                                      §
VS.                                   §      ACTION NO. 4:21-CV-1171-Y
                                      §
DECATUR INDEPENDENT SCHOOL            §
DISTRICT                              §

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, summary judgment is GRANTED in favor of defendant Decatur Independent School District.  As a result, all claims are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by plaintiff Alycia Hysom.

SIGNED April 3, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>FINAL JUDGMENT - Page Solo</u>
TRM/chr