AO 133    (Rev. 12/09)  Bill of Costs - TXND

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Alycia Hysom | ) |
| | ) |
| v. | ) Case No.: 4:21-cv-1171-Y |
| Decatur Independent School District | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/03/2023__ against __Plaintiff, Alycia Hysom__ ,
Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 1,779.35 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| | TOTAL    $ | 2,181.35 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __Meredith Prykryl Walker__

Name of Attorney: __Meredith PrykrylWalker__

For: __Defendant, Decatur Independent School District__          Date: __04/06/2023__
Name of Claiming Party

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Date |

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Case 4:21-cv-01171-Y Document 41 Filed 04/06/23 Page 3 of 6 PageID 557

# U.S. District Court
## Northern District of Texas
### Internet Payment History for Walker, Meredith Prykryl
### 9/27/2021 to 10/27/2021

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| [4:21-cv-01171-Y](#) | 2021-10-22 12:22:24 | Notice of Removal(4:21-cv-01171) [notice ntcrem] ( 402.00) | PLASTIC_CARD | 0539-12323975 | $ 402.00 |

# INVOICE

1 of 1

EcoScribe

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65160 | 10/4/2022 | 35222 |
| **Job Date** | **Case No.** | |
| 8/2/2022 | | |
| **Case Name** | | |
| Alycia Hysom v. Decatur Independent School District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. D. Craig Wood
Walsh Gallegos Trevino Kyle & Robinson
1020 NE Loop 410
Suite 450
San Antonio, TX 78209     **06600-066**

**ok CAG/Kandice**

TAKEN DEPOSITION OF:
    Lana Coffman                                              393.30
TAKEN DEPOSITION OF:
    Meradith Culpepper                                       358.80

**TOTAL DUE  >>>**           **$752.10**

Location of Job    : Walsh Gallegos Treviño Kyle & Robinson P.C.
                      105 Decker Court, Suite 700
                      Irving, TX 75062

Thank you for your business! We now accept all major credit cards, a 3% fee will be charged.

Invoices not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. EcoScribe may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

For questions or disputes please contact us at (646) 862-1465 or email us at info@EcoScribeSolutions.com

**Tax ID:** 27-3455141

*Please detach bottom portion and return with payment.*

Mr. D. Craig Wood
Walsh Gallegos Trevino Kyle & Robinson
1020 NE Loop 410
Suite 450
San Antonio, TX 78209

Invoice No.    : 65160
Invoice Date   : 10/4/2022
**Total Due**     : **$752.10**

Remit To:   **Eco Scribe, LLC**
            **34 Shunpike Road**
            **Suite 3-255**
            **Cromwell, CT 06416**

Job No.        : 35222
BU ID          : E-National
Case No.      :
Case Name    : Alycia Hysom v. Decatur Independent
                    School District



# Invoice

**Invoice No:** 1325130

**Invoice Date:** 7/19/2022
**Payment Terms:** Net 30

**Bill To:**
Meredith Prykryl Walker
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Ste. 600
Irving Texas 75062
United States

**Case Name:** **06600-066**
Alycia Hysom v. Decatur Independent School District

**Case Number:** 4:21-cv-1171-Y

**ok per CAG - IRV**

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2022-850989 | Alycia Hysom | 7/7/2022 | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript - Original | 129 | $677.25 |
| Electronic Transcript Processing | 1 | $0.00 |
| Full Day Reporter Attendance | 1 | $175.00 |
| Litigation Bundle | 1 | $125.00 |
| Obtain Witness Signature/Filing Requirements | 1 | $50.00 |

**Memo:**

**Sold To:**
Meredith Prykryl Walker
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Ste. 600
Irving Texas 75062
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1325130

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $1,027.25 |
| **Tax(0%):** | $0.00 |
| **Total:** | $1,027.25 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $1,027.25 |
| **After 8/18/2022 Pay** | $1,042.66 |

1 of 2



# Invoice

**Invoice No:** 1325130
**Invoice Date:** 7/19/2022
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767